**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alejandro MANJARREZ–ZUNIGA, aka Alexander Garcia–Lopez aka Alex Zuniga–Lopez aka Alex Zu Iay Lopez, Defendant–Appellant.**

**No. 03–10556.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. Appellant's request for oral argument is denied.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**58**

Roger W. Dokken, AUSA, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Atmore L. Baggot, Esq., Attorney at Law, Apache Junction, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges.

## MEMORANDUM **

Alejandro Manjarrez–Zuniga appeals his conviction and the 71–month sentence imposed after his guilty plea to illegal reentry after deportation, in violation of 8 U.S.C. § 1362(a). We have jurisdiction pursuant to 28 U.S.C. § 1291 and we dismiss this appeal.

Appellant contends that his appeal waiver is inapplicable because his sentence falls outside what was agreed upon in his plea agreement. The record belies his contention.

Accordingly, we dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, — U.S. —, 125 S.Ct. 738, 160 L.Ed.2d

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

621 (2005), did not render waiver of appeal involuntary and unknowing).

DISMISSED.